**FILED**

Downey Brand LLP
555 Capitol Mall, 10th Floor
Sacramento, CA 95814
(916) 444-1000

JUL 22 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CIV-S-05-0149 WBS KJM |
| v. | |
| APPROXIMATELY $1,200,000.00 IN U.S. CURRENCY SEIZED FROM FIRST CALIFORNIA BANK ACCT. NO. 2005638, ETC., | **SUBSTITUTION OF ATTORNEY** |
| Defendant(s). | |

_____John Hollis_____  [ ] Plaintiff  [ ] Defendant  [--] Other  _X_ Claimant
*Name of Party*

hereby substitutes _____DLA Piper Rudnick Gray Cary LLP_____ who is
*Street Address*

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] In Pro Per  ____400 Capitol Mall, Ste., 2400____
*Street Address*

____Sacramento, CA 95814____  ____(916) 930-3200____  ____(916) 930-3201____  ____122066____
*City, State, ZIP Code*  *Telephone Number*  *Facsimile Number*  *State Bar Number*

as attorney of record in place and stead of _____Downey Brand LLP_____
*Present Attorney*

Dated: __July 12, 2005__

/s/ John Hollis (Original signature retained by Matthew Jacobs)
*Signature of Party*
John Hollis

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: __July 13, 2005__

/s/ Rhonda C. Canby
*Signature of Present Attorney*
Downey Brand LLP

I am duly admitted to practice in the District pursuant to Local Rule 83-2-8.

Dated: __July 13, 2005__

/s/ Matthew G. Jacobs
*Signature of New Attorney*
DLA Piper Rudnick Gray Cary LLP

Substitution of Attorney is hereby granted.  [X] Approved.  [ ] Denied.

Dated: __7/22/2005__

_____William _____
United States District Judge / ~~Magistrate Judge~~

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile or e-mail address. This form, as well as information about the Optical Scanning Program is available on the Court's website at www.caed.uscourts.gov.*

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                                                         G-01

686831.1