United States of America v. Approx. $1,200,000.00 in U.S. Currency, et al.    Doc. 24

Case 2:05-cv-00149-RRB-KJM   Document 24   Filed 09/23/2005   Page 1 of 10

1  M. Taylor Florence, SBN 159695
   BULLIVANT HOUSER BAILEY PC
2  11335 Gold Express Drive, Suite 105
   Sacramento, California  95670-4491
3  Telephone: 916.852.9100
   Facsimile: 916.852.5777
4
   Attorneys for Claimant
5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CIV-S-05-0149 WBS KJM |
|---|---|
| Plaintiff, | |
| vs. | |
| APPROXIMATELY $177,695.11 IN FUNDS CONNECTED TO A TRANSFER TO THE UNITED STATES OF AMERICA FROM BULLIVANT HOUSER BAILEY, | **STIPULATION AND [PROPOSED] ORDER FOR FINAL JUDGMENT REGARDING $22,304.89 IN EARNED ATTORNEYS' FEES AND COSTS** |
| Defendant. | |
| BULLIVANT HOUSER BAILEY, PC, JOHN W. HOLLIS, JUDITH L. HOLLIS, and ROBERT LEWIS BROWN, a.k.a. MATTHEW SCHACHTER, | |
| Claimants. | |

It is hereby stipulated by and between plaintiff United States of America and claimants Bullivant Houser Bailey, PC, John W. Hollis and Judith L. Hollis, and Robert Lewis Brown a.k.a. Matthew Schachter (Mr. Brown), by and through their respective counsel of record, as follows:

1.   On or about October 12, 2004, the United States of America provided notice to the law firm of Bullivant Houser Bailey, PC, that $200,000 held in the

– 1 –

1  law firm's trust account on behalf of its then-client, Mr. Brown, was alleged to be
2  the proceeds of illegal activity and subject to forfeiture pursuant to Title 18 U.S.C.
3  §§ 981(a)(1)(A) and (C).

4     2.     On October 18, 2004, Bullivant Houser Bailey voluntarily delivered
5  to the United States Attorney's Office a check in the amount of $200,000,
6  representing the entire trust balance held by Bullivant Houser Bailey on behalf of
7  Mr. Brown. The $200,000 check was delivered to the United States Attorney's
8  Office in lieu of the United States taking formal action to seize such funds.

9     3.     On or about December 9, 2004, Bullivant Houser Bailey and the
10  United States entered a stipulation extending the United States' time to file a
11  complaint for forfeiture regarding the $200,000 check that had been delivered by
12  Bullivant Houser Bailey noting, among other things, that the parties, through their
13  respective counsel, had been actively engaged in discussions in an attempt to
14  resolve the issues surrounding the seizure of these funds.

15     4.     Claimant Bullivant Houser Bailey contends that $22,304.89 of the
16  $200,000 it returned to the United States Attorney's Office represented earned
17  attorneys' fees and expended costs representing Mr. Brown prior to receiving
18  notification from the government that the funds it held in trust could be subject to
19  forfeiture. Consistent with the representations of claimant Bullivant Houser
20  Bailey, the United States of America filed a Verified Complaint for Forfeiture *In
21  Rem* on January 24, 2005, against $177,695.11 in funds connected to a transfer to
22  the United States of American from Bullivant Houser Bailey. This complaint
23  sought forfeiture of the entire sum of money transferred from Bullivant Houser
24  Bailey to the United States Attorney's Office, less the amount of money claimed
25  by Bullivant Houser Bailey as earned fees and costs in the matter prior to its
26  receipt of notice that the funds it held in trust could be subject to forfeiture.

27     5.     To avoid the uncertainty and expense of further litigation, the United
28  States and claimants Bullivant Houser Bailey, PC, John W. Hollis and Judith L.

Hollis, and Robert Lewis Brown a.k.a. Matthew Schachter, desire to stipulate to the entry of a final judgment on the following terms:

      (a)    Upon entry of this Stipulation for Final Judgment, but no later than thirty (30) days thereafter, $22,304.89, shall be returned to claimant Bullivant Houser Bailey, PC, through their attorney, M. Taylor Florence. The United States Department of Treasury shall issue a check in the amount of $22,304.89, made payable to Bullivant Houser Bailey, PC, 11335 Gold Express Drive, Suite 105, Sacramento, California 95670-4491.

      (b)    Claimants John W. Hollis, Judith L. Hollis, and Robert Lewis Brown a.k.a. Matthew Schachter, through their respective counsel, hereby waive any claim as to the $22,304.89 that shall be returned to Bullivant Houser Bailey, PC.

      (c)    Claimants Bullivant Houser Bailey, PC, John W. Hollis, Judith L. Hollis, Robert Lewis Brown a.k.a. Matthew Schachter, hereby release plaintiff United States of America, and its servants, agents, and employees and all other public entities, their servants, agents, and employees, from any and all liability arising out of or in any way connected with the $22,304.89 that is subject to this Stipulation. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said transfer or forfeiture, as well as to those now known or disclosed. The parties to this agreement agree to waive the provisions of California Civil Code § 1542, which provides: "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

      (d)    Claimant Bullivant Houser Bailey hereby waives any and all claim or right to interest that may have accrued on the $22,304.89 which the United States has agreed to return to claimant Bullivant Houser Bailey.

      (e)    Bullivant Houser Bailey waives any claim or right to any other assets identified in the Verified Complaint for Forfeiture In Rem in cause number Civ.S-05-0149 WBS KJM (E.D. Cal.) and consents to the entry of a forfeiture judgment against it in that cause with respect to such assets.

      (f)    Bullivant Houser Bailey and the United States agree to bear their own costs and attorneys' fees.

DATED: __9/20__, 2005.  McGREGOR W. SCOTT
United States Attorney

/s/ Courtney J. Linn
COURTNEY J. LINN,
Assistant United States Attorney

DATED: __4/22__, 2005.  /s/ Matthew R. Jacobs
MATTHEW R. JACOBS, Attorney for
Potential Claimants John W. Hollis and
Judith L. Hollis

DATED: __6/28__, 2005.  /s/ Matthew Bockmon
MATTHEW BOCKMON,
Assistant Federal Public Defender
Attorney for Potential Claimant Robert
Lewis Brown a.k.a. Matthew Schachter

DATED: __6/28__, 2005.  /s/ Matthew Schachter
Matthew Schachter

DATED: __9/21__, 2005.  /s/ M. Taylor Florence
M. TAYLOR FLORENCE, Attorney for
Potential Claimant Bullivant Houser Bailey,
PC

(original signatures retained by attorney)

**ORDER FOR FINAL JUDGMENT**

The Court finding the facts as stipulated by the parties;

IT IS HEREBY ORDERED that Final Judgment be entered with respect to $22,304.89 that is the subject of the Stipulation of the parties. No later than thirty (30) days from the date of entry of this Order, that sum shall be returned to claimant Bullivant Houser Bailey, PC, through its attorney, M. Taylor Florence. The United States Department of Treasury shall issue a check in the amount of $22,304.89, made payable to Bullivant Houser Bailey, PC, 11335 Gold Express Drive, Suite 105, Sacramento, California 95670-4491.

IT IS FURTHER ORDERED that Final Judgment be entered against Claimant Bullivant Houser Bailey with respect to all other assets identified in the Verified Complaint for Forfeiture In Rem in Cause Number Civ.S-05-0149 WBS KJM (E.D. Cal.).

DONE this 21st day of September, 2005.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ M. Taylor Florence
M. Taylor Florence
Attorney for Bullivant Houser Bailey, PC

3440615.1

M. Taylor Florence, SBN 159695
BULLIVANT HOUSER BAILEY PC
11335 Gold Express Drive, Suite 105
Sacramento, California 95670-4491
Telephone: 916.852.9100
Facsimile: 916.852.5777

Attorneys for Claimant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> APPROXIMATELY $177,695.11 IN FUNDS CONNECTED TO A TRANSFER TO THE UNITED STATES OF AMERICA FROM BULLIVANT HOUSER BAILEY, <br><br> Defendant. <br><br> BULLIVANT HOUSER BAILEY, PC, JOHN W. HOLLIS, JUDITH L. HOLLIS, and ROBERT LEWIS BROWN, a.k.a. MATTHEW SCHACHTER, <br><br> Claimants. | Case No.: CIV-S-05-0149 WBS KJM <br><br> **STIPULATION AND [PROPOSED] ORDER FOR FINAL JUDGMENT REGARDING $22,304.89 IN EARNED ATTORNEYS' FEES AND COSTS** |

It is hereby stipulated by and between plaintiff United States of America and claimants Bullivant Houser Bailey, PC, John W. Hollis and Judith L. Hollis, and Robert Lewis Brown a.k.a. Matthew Schachter (Mr. Brown), by and through their respective counsel of record, as follows:

1.      On or about October 12, 2004, the United States of America provided notice to the law firm of Bullivant Houser Bailey, PC, that $200,000 held in the

– 1 –

1  law firm's trust account on behalf of its then-client, Mr. Brown, was alleged to be
2  the proceeds of illegal activity and subject to forfeiture pursuant to Title 18 U.S.C.
3  §§ 981(a)(1)(A) and (C).

4   2.   On October 18, 2004, Bullivant Houser Bailey voluntarily delivered
5  to the United States Attorney's Office a check in the amount of $200,000,
6  representing the entire trust balance held by Bullivant Houser Bailey on behalf of
7  Mr. Brown.  The $200,000 check was delivered to the United States Attorney's
8  Office in lieu of the United States taking formal action to seize such funds.

9   3.   On or about December 9, 2004, Bullivant Houser Bailey and the
10  United States entered a stipulation extending the United States' time to file a
11  complaint for forfeiture regarding the $200,000 check that had been delivered by
12  Bullivant Houser Bailey noting, among other things, that the parties, through their
13  respective counsel, had been actively engaged in discussions in an attempt to
14  resolve the issues surrounding the seizure of these funds.

15   4.   Claimant Bullivant Houser Bailey contends that $22,304.89 of the
16  $200,000 it returned to the United States Attorney's Office represented earned
17  attorneys' fees and expended costs representing Mr. Brown prior to receiving
18  notification from the government that the funds it held in trust could be subject to
19  forfeiture.  Consistent with the representations of claimant Bullivant Houser
20  Bailey, the United States of America filed a Verified Complaint for Forfeiture *In*
21  *Rem* on January 24, 2005, against $177,695.11 in funds connected to a transfer to
22  the United States of American from Bullivant Houser Bailey.  This complaint
23  sought forfeiture of the entire sum of money transferred from Bullivant Houser
24  Bailey to the United States Attorney's Office, less the amount of money claimed
25  by Bullivant Houser Bailey as earned fees and costs in the matter prior to its
26  receipt of notice that the funds it held in trust could be subject to forfeiture.

27   5.   To avoid the uncertainty and expense of further litigation, the United
28  States and claimants Bullivant Houser Bailey, PC, John W. Hollis and Judith L.

Hollis, and Robert Lewis Brown a.k.a. Matthew Schachter, desire to stipulate to the entry of a final judgment on the following terms:

    (a)    Upon entry of this Stipulation for Final Judgment, but no later than thirty (30) days thereafter, $22,304.89, shall be returned to claimant Bullivant Houser Bailey, PC, through their attorney, M. Taylor Florence.  The United States Department of Treasury shall issue a check in the amount of $22,304.89, made payable to Bullivant Houser Bailey, PC, 11335 Gold Express Drive, Suite 105, Sacramento, California  95670-4491.

    (b)    Claimants John W. Hollis, Judith L. Hollis, and Robert Lewis Brown a.k.a. Matthew Schachter, through their respective counsel, hereby waive any claim as to the $22,304.89 that shall be returned to Bullivant Houser Bailey, PC.

    (c)    Claimants Bullivant Houser Bailey, PC, John W. Hollis, Judith L. Hollis, Robert Lewis Brown a.k.a. Matthew Schachter, hereby release plaintiff United States of America, and its servants, agents, and employees and all other public entities, their servants, agents, and employees, from any and all liability arising out of or in any way connected with the $22,304.89 that is subject to this Stipulation.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said transfer or forfeiture, as well as to those now known or disclosed.  The parties to this agreement agree to waive the provisions of California Civil Code § 1542, which provides: "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

    (d)    Claimant Bullivant Houser Bailey hereby waives any and all claim or right to interest that may have accrued on the $22,304.89 which the United States has agreed to return to claimant Bullivant Houser Bailey.

     (e)    Bullivant Houser Bailey waives any claim or right to any other assets identified in the Verified Complaint for Forfeiture In Rem in cause number Civ.S-05-0149 WBS KJM (E.D. Cal.) and consents to the entry of a forfeiture judgment against it in that cause with respect to such assets.

     (f)    Bullivant Houser Bailey and the United States agree to bear their own costs and attorneys' fees.

DATED:   9/20   , 2005.       McGREGOR W. SCOTT
                              United States Attorney

                              /s/ Courtney J. Linn
                              COURTNEY J. LINN,
                              Assistant United States Attorney

DATED:   4/22   , 2005.       /s/ Matthew R. Jacobs
                              MATTHEW R. JACOBS, Attorney for
                              Potential Claimants John W. Hollis and
                              Judith L. Hollis

DATED:   6/28   , 2005.       /s/ Matthew Bockmon
                              MATTHEW BOCKMON,
                              Assistant Federal Public Defender
                              Attorney for Potential Claimant Robert
                              Lewis Brown a.k.a. Matthew Schachter

DATED:   6/28   , 2005.       /s/ Matthew Schachter
                              Matthew Schachter

DATED:   9/21   , 2005.       /s/ M. Taylor Florence
                              M. TAYLOR FLORENCE, Attorney for
                              Potential Claimant Bullivant Houser Bailey,
                              PC

(original signatures retained by attorney)

**ORDER FOR FINAL JUDGMENT**

The Court finding the facts as stipulated by the parties;

IT IS HEREBY ORDERED that Final Judgment be entered with respect to $22,304.89 that is the subject of the Stipulation of the parties. No later than thirty (30) days from the date of entry of this Order, that sum shall be returned to claimant Bullivant Houser Bailey, PC, through its attorney, M. Taylor Florence. The United States Department of Treasury shall issue a check in the amount of $22,304.89, made payable to Bullivant Houser Bailey, PC, 11335 Gold Express Drive, Suite 105, Sacramento, California  95670-4491.

IT IS FURTHER ORDERED that Final Judgment be entered against Claimant Bullivant Houser Bailey with respect to all other assets identified in the Verified Complaint for Forfeiture In Rem in Cause Number Civ.S-05-0149 WBS KJM (E.D. Cal.).

DONE this 21st day of September, 2005.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ M. Taylor Florence
M. Taylor Florence
Attorney for Bullivant Houser Bailey, PC

3440615.1