1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>APPROXIMATELY $1,200,000.00 IN U.S. CURRENCY SEIZED FROM FIRST CALIFORNIA BANK ACCT. NO. 2005638, ETC.,<br><br>            Defendants. | CIV-S-05-0149 WBS KJM<br><br>NOTICE RE: EXPIRATION OF STAY AND EX PARTE REQUEST TO SET A STATUS (PRETRIAL SCHEDULING) CONFERENCE HEARING |

   By Stipulation and Order filed May 10, 2005, the Court directed counsel for the United States to cause this matter to be placed on the court's calendar for a Status Conference within thirty days from the conclusion of the federal criminal action presently pending against potential claim Schachter in the Eastern District of California, or upon the expiration of seven months from the date of this order.

   The United States advises that Matthew Wallace Schachter a.k.a. Robert Lewis Brown died in custody.  On November 21, 2005, the United States formally moved to dismiss the parallel criminal charges against him.  <u>United States v. Matthew Wallace Schachter</u>, CR S-05-59 DFL.

Accordingly, the United States applies *ex parte* for an order setting this matter for a Status (pretrial scheduling) Conference on January 17, 2006, and requiring the parties to file separate status reports not less than five court days prior to the hearing.[1]  Because of the case management and scheduling complexities this case may raise in light of United States v. $4,224,958.57, 392 F.3d 1002 (9th Cir. 2004) ("Boylan"), the government requests that the Court schedule thirty (30) minutes for the Status (pretrial scheduling) Conference.

DATED: November 21, 2005                McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Courtney J. Linn
                                        COURTNEY J. LINN
                                        Assistant U.S. Attorney

The government's ex parte application is granted.  This matter is set for a Status (pretrial scheduling) Conference on January 17, 2006, at 9:00 a.m. in Courtroom No. 5.  The parties shall submit separate status reports not less than five court days prior to that date.

IT IS SO ORDERED.

DATED:  November 22, 2005

                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE

---

[1] The United States previously filed a notice of related cases pursuant to Local Rule 83-123, alerting the Court that this action is related to the parallel criminal case, United States v. Matthew Wallace Schacter, CR S-05-59 DFL.  The Court has not yet determined whether to relate the cases.

2