MATTHEW G. JACOBS (Bar No. 122066)
RAJIV S. DHARNIDHARKA (Bar No. 234756)
DLA PIPER RUDNICK GRAY CARY US LLP
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428
Tel:  916.930.3200
Fax:  916.930.3201

Attorneys for
JOHN W. HOLLIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $1,200,000.00 IN U.S. CURRENCY SEIZED FROM FIRST CALIFORNIA BANK ACCT. NO. 2005638,<br><br>APPROXIMATELY $225,958.84 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCT. NO. 004653665607, and<br><br>APPROXIMATELY $177,695.11 IN FUNDS CONNECTED TO A TRANSFER TO THE UNITED STATES OF AMERICA FROM BULLIVANT HOUSER BAILEY,<br><br>Defendants. | CIV. S-05-149 DFL KJM<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR JOHN W. HOLLIS TO ANSWER COMPLAINT** |

IT IS HEREBY STIPULATED by the United States and claimant John W. Hollis ("Hollis"), through their undersigned counsel, that the time for Hollis to answer or otherwise respond to the complaint in this action be extended from approximately January 9, 2006 to February 9, 2006.

-1-

Dated: December 21, 2005

DLA PIPER RUDNICK GRAY CARY US LLP

By /s/ Matthew G. Jacobs
MATTHEW G. JACOBS
Attorneys for
JOHN W. HOLLIS

Dated: December __, 2005

McGREGOR W. SCOTT

By /s/ Courtney J. Linn
COURTNEY J. LINN
Assistant U.S. Attorney
Attorneys for United States of America

ORDER

IT IS SO ORDERED.

Dated: 12/22/ 2005

/s/ David F. Levi
HON. DAVID F. LEVI
Chief United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com