McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:05-CV-0149 DFL KJM |
| Plaintiff, | |
| v. | EX PARTE REQUEST TO SET A STATUS (PRETRIAL SCHEDULING) CONFERENCE HEARING |
| APPROXIMATELY $1,200,000.00 IN U.S. CURRENCY SEIZED FROM FIRST CALIFORNIA BANK ACCT. NO. 2005638, ETC., | |
| Defendants. | |

EX PARTE APPLICATION

By Stipulation and Order filed May 10, 2005, the Court directed counsel for the United States to cause this matter to be placed on the Court's calendar for a Status Conference within thirty days from the conclusion of the federal criminal action presently pending against potential claimant Schachter in the Eastern District of California, or upon the expiration of seven months from the date of this order. On November 21, 2005, the government notified the Court that the criminal case against Schachter had terminated.  Subsequently, the

1

Court (Shubb, J.) set the matter for a Status (pretrial scheduling) Conference.  Before that conference could be conducted, however, the Court issued a related case order, reassigning this case.  <u>See</u> Related Case Order filed December 8, 2005.

Accordingly, the United States applies *ex parte* for an order setting this matter for a Status (pretrial scheduling) Conference on a date in late January or early February that may be convenient for the Court.[1]  While the government recognizes that the Court is often able to issue Scheduling Orders based on the written submissions of the parties, the government requests that the Court set this matter for a hearing.  In light of *United States v. $4,224,958.57*, 392 F.3d 1002 (9th Cir. 2004) ("*Boylan*"), the government believes that this case may raise extraordinary case management and scheduling complexities, and thus it would be beneficial for the Court to conduct a Status (pretrial scheduling) Conference.  For example, if *Boylan* applied to this action it conceivably requires this Court to give notice to hundreds, if not thousands, of potential claimants, and convert this forfeiture action into some sort of trust administration proceeding.  <u>Id.</u> at 1005.[2]

Dated: <u>12/22/05</u>                          McGREGOR W. SCOTT
                                         United States Attorney

                                          <u>/s/ Courtney J. Linn</u>
                                         COURTNEY J. LINN
                                         Assistant U.S. Attorney

---

[1]   The United States is advised that claimant John W. Hollis intends in the near future to notice a motion for hearing on either February 1, 2006, or February 15, 2006.  The Court may wish to set this matter for a Status Conference on the same date and time as Hollis' anticipated motion.

[2]   The government does not concede that *Boylan* applies.

2

ORDER

The government's *ex parte* application is granted.  This matter is set for a Status (pretrial scheduling) Conference on <u>February 15</u>, 2006, at 1:30 P.M. in Courtroom No. 7.  The parties shall submit separate status reports of no more than 10 pages not less than five court days prior to that date.

IT IS SO ORDERED.

Dated: 1/4/2006

_____
DAVID F. LEVI
United States District Judge