MATTHEW G. JACOBS (Bar No. 122066)
RAJIV S. DHARNIDHARKA (Bar No. 234756)
DLA PIPER RUDNICK GRAY CARY US LLP
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428
Tel:  916.930.3200
Fax:  916.930.3201

**OK/HAV**

Attorneys for
JOHN W. HOLLIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $1,200,000.00 IN U.S. CURRENCY SEIZED FROM FIRST CALIFORNIA BANK ACCT. NO. 2005638,<br><br>APPROXIMATELY $225,958.84 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCT. NO. 004653665607, and<br><br>APPROXIMATELY $177,695.11 IN FUNDS CONNECTED TO A TRANSFER TO THE UNITED STATES OF AMERICA FROM BULLIVANT HOUSER BAILEY,<br><br>          Defendants. | CIV. S-05-149 DFL KJM<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTIONS AND STATUS CONFERENCE** |

    IT IS HEREBY STIPULATED by the United States and claimants John W. Hollis

("Hollis") and Bennett Truck Transport, LLC ("Bennett"), through their undersigned counsel that

Hollis' request for a continuance of the February 1, 2006, hearing on Hollis' motion to stay and

the United States motion to dismiss be granted, subject to the following timelines.

    Hollis' opposition to the United States' motion to dismiss shall be filed and served on

February 21, 2006.  Hollis' reply to the United States and Bennett's opposition to Hollis' motion

-1-

SA\8059738.1
358425-1

STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO ANSWER

PDF created with pdfFactory trial version www.pdffactory.com

1   for a stay shall be filed and served on the same date.

2        The United States' reply to Hollis' opposition to the motion to dismiss shall be filed and
3   served on March 7, 2006.

4        The parties request the Court schedule the hearing on the motions by Hollis and the
5   United States on March 29, 2006, at 10:00 a.m.

6        The United States' stipulates to an enlargement of time for Hollis to answer the United
7   States' complaint, to the tenth day following this Court's ruling on the motions currently before
8   the Court.

9        Bennett, Hollis, and the United States stipulate to vacating the status conference set for
10  February 15, 2006.  The parties request a status conference date be set by the Court in its order on
11  the current motions, for a date approximately 17 days following the issuance of the order, with
12  the parties to file a joint status conference report seven days prior to the status conference.

13

14  Dated:  January 30, 2006

15                                   DLA PIPER RUDNICK GRAY CARY US LLP

16                                   By  /s/ Jean M. Hobler
17                                      JEAN M. HOBLER
                                    Attorneys for
18                                      JOHN W. HOLLIS

19  Dated:  January 30, 2006

20                                   McGREGOR W. SCOTT

21

22                                   By  /s/ Courtney J. Linn
                                    COURTNEY J. LINN
23                                      Assistant U.S. Attorney
                                    Attorneys for United States of America

24

25

26

27

28

DLA PIPER RUDNICK
GRAY CARY US LLP

SA\8059738.1
358425-1

-2-
STIPULATION AND [PROPOSED] ORDER CONTINUING
HEARING ON MOTIONS AND STATUS CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

Dated: January 30, 2006

                             PARKINSON & PHINNEY

By  /s/ Thomas R. Phinney
    THOMAS R. PHINNEY
    Attorneys for Bennett Truck Transport, LLC

<u>ORDER</u>

IT IS SO ORDERED.

Dated: 1/30/2006

    /s/ David F. Levi
    HON. DAVID F. LEVI
    Chief United States District Judge

DLA PIPER RUDNICK
GRAY CARY US LLP

SA\8059738.1
358425-1

-3-
STIPULATION AND [PROPOSED] ORDER CONTINUING
HEARING ON MOTIONS AND STATUS CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com