McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>APPROXIMATELY $1,200,000.00 IN U.S. CURRENCY SEIZED FROM FIRST CALIFORNIA BANK ACCT. NO. 2005638, ETC.,<br><br>        Defendants. | 2:05-CV-0149 DFL KJM<br><br>STIPULATION AND [PROPOSED] ORDER REVISING REPLY/OPPOSITION DATES ON MOTIONS TO BE HEARD MARCH 29, 2006 |

    IT IS HEREBY STIPULATED by the United States and claimants John W. Hollis ("Hollis") and Bennett Truck Transport, LLC ("Bennett"), through their undersigned counsel that the Stipulation and Order Continuing Hearing on Motions and Status Conference signed by the Honorable David F. Levi, and filed on February 1, 2006, remain as ordered, except as follows:

    Hollis' opposition to the United States' motion to dismiss shall be filed and served on March 8, 2006.  Hollis' reply to the United States and Bennett's opposition of Hollis' motion for a stay shall be filed and served on the same date.

1

The United States' reply to Hollis' opposition to the motion to dismiss shall be filed and served on March 22, 2006.

Bennett, Hollis and the United States further stipulate that the hearing date of March 29, 2006, remain as ordered.

Dated: 2/14/06           McGREGOR W. SCOTT
                         United States Attorney


                          /s/ Courtney J. Linn
                         COURTNEY J. LINN
                         Assistant U.S. Attorney


Dated: 2/14/06           DLA PIPER RUDNICK GRAY CARY US LLP



                          /s/ Jean M. Hobler
                         JEAN M. HOBLER
                         Attorneys for John W. Hollis



Dated: 2/15/06           PARKINSON & PHINNEY


                          /s/ Thomas R. Phinney
                         THOMAS R. PHINNEY
                         Attorneys for Bennett Truck
                         Transport, LLC

                         (Original signatures retained by
                            Attorney)

1 **ORDER**

2     IT IS SO ORDERED.

3 Dated: 2/16/2006

_____
DAVID F. LEVI
United States District Judge