```
 1  JANET SHERMAN (State Bar No.: 98560)
    SHERMAN & SHERMAN
 2  A Professional Law Corporation
    2115 Main Street
 3  Santa Monica, California 90405
    Telephone:  (310) 399-3259
 4  Facsimile:  (310) 392-9029
    E-Mail:     JanetSher@aol.com
 5
    LAW OFFICE OF ERIC HONIG
 6  Eric Honig - Bar No. 140765
    Attorney at Law
 7  P.O. Box 10327
    Marina del Rey, CA 90295
 8  Telephone (310) 745-8264
    Facsimile  (310) 745-8267
 9
    Attorneys for Claimant
10  John W. Hollis
```

11

12                   UNITED STATES DISTRICT COURT

13                   EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  UNITED STATES OF AMERICA, ) | CIV. S-05-149 DFL KJM |
| 15        Plaintiff, ) | STIPULATION TO EXTEND TIME FOR FILING OF ANSWER BY CLAIMANT JOHN W. HOLLIS PENDING DETERMINATION OF CLAIMANT'S MOTION FOR CLARIFICATION AND RECONSIDERATION; ORDER THEREON |
| 16        v. ) | |
| 17  APPROXIMATELY $1,200,000.00 IN U.S. CURRENCY SEIZED FROM ) | |
| 18  FIRST CALIFORNIA BANK ACCT. NO. 2005638, ) | |
| 19  | |
| 20  APPROXIMATELY $225,958.84 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCT. NO. ) | |
| 21  004653665607 ) | |
| 22  APPROXIMATELY $177,695.11 IN FUNDS CONNECTED TO A ) | |
| 23  TRANSFER TO THE UNITED STATES OF AMERICA FROM ) | |
| 24  BULLIVANT HOUSER BAILEY, ) | |
| 25        Defendants. ) | |
| 26  _____ ) | |
| 27  JOHN W. HOLLIS, ) | |
|           Claimant. ) | |
| 28  _____ ) | |

1      WHEREAS claimant John W. Hollis has filed a statement of interest in this
2 action;
3      AND WHEREAS on July 18, 2006 the Court issued a Memorandum of
4 Opinion and Order in which the court 1) dismissed the claimant's claims as to the
5 approximately $1,200,000.00 in U.S. currency seized from First California Bank
6 account no. 2005638 and approximately $177,695.11 in funds connected to a transfer
7 to the U.S. from Bullivant Houser Bailey, 2) denied the government's motion to
8 dismiss the claimant's claim as to the defendant $225,958.84 in U.S. currency seized
9 from Bank of America account No. 004653665607, 3) denied the claimant's motion
10 to stay the proceedings, but issued a protective order limiting discovery regarding the
11 $225,958.84 to the issue of the claimant's Article III standing only, and 4) ordered
12 the claimant to file an answer as to the $225,958.84 within 21 days of the order;
13      AND WHEREAS the claimant intends to file a motion for clarification and
14 reconsideration of the court's order, which will be set for hearing on September 13,
15 2006;
16      AND WHEREAS the parties agree that time should be extended for the
17 claimant to file his answer until after the court decides his motion;
18 //
19 /
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

IT IS THEREFORE STIPULATED that the claimants' answer or other responding document will not be due until thirty (30) days after the Court has issued its ruling on the claimant's motion for clarification and reconsideration .

DATED: _____, 2006          Respectfully submitted,

SHERMAN & SHERMAN
A Professional Law Corporation

LAW OFFICE OF ERIC HONIG

By: _____
JANET SHERMAN
Attorneys for Claimant
John W. Hollis

DATED: _____, 2006          McGREGOR W. SCOTT
United States Attorney

By: _____
Kristin Door
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

**O R D E R**

IT IS SO ORDERED.

DATED: 8/17/ 2006

_____
DAVID F. LEVI
Chief United States District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California and am over the age of 18 and not a party to the within action. My business address is 2115 Main Street, Santa Monica, California 90405.

On _____, 2006, I served the foregoing document described as:

STIPULATION TO EXTEND TIME FOR FILING OF ANSWER BY CLAIMANT JOHN W. HOLLIS PENDING DETERMINATION OF CLAIMANT'S MOTION FOR CLARIFICATION AND RECONSIDERATION; ORDER THEREON

on all interested parties in this action by placing a true copy in a sealed envelope addressed as follows:

Kristin Door
Assistant United States Attorney
United States Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA 95814

I caused such envelope, to be sent in the U.S. Mail with prepaid postage affixed from Santa Monica, California to the above addressee. I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, except as to those matters stated on information and/or belief, and as to those matters, I believe them to be true; and that this Declaration was executed at Santa Monica, California on May 12, 2006.

/s/ Cathy L. Mackerl
_____
CATHY L. MACKERL