IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    Plaintiff,

    v.

APPROXIMATELY $1,200,000 IN U.S. CURRENCY SEIZED FROM FIRST CALIFORNIA BANK ACCT. NO. 2005638, et. al,

    Defendants.

No. Civ. 05-149 DFL KJM

ORDER

For the reasons stated by the court in its earlier order and consistent with the court's statements at oral argument, claimant shall have 14 days from the date of this order to file an answer under seal. Further, for the reasons given at oral argument and in the claimant's brief, the action is otherwise stayed under 18 U.S.C. § 981(g)(2) until further order of court. SO ORDERED.

Dated: 9/14/2006

*(signature)*

DAVID F. LEVI
United States District Judge

1