JANET SHERMAN (State Bar No.: 98560)
SHERMAN & SHERMAN
A Professional Law Corporation
2115 Main Street
Santa Monica, California 90405
Telephone: (310) 399-3259
Facsimile: (310) 392-9029
E-Mail: JanetSher@aol.com

LAW OFFICE OF ERIC HONIG
Eric Honig - Bar No. 140765
Attorney at Law
P.O. Box 10327
Marina del Rey, CA 90295
Telephone (310) 745-8264
Facsimile (310) 745-8267

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>APPROXIMATELY $1,200,000.00 IN U.S. CURRENCY SEIZED FROM FIRST CALIFORNIA BANK ACCT. NO. 2005638,<br><br>APPROXIMATELY $225,958.84 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCT. NO. 004653665607<br><br>APPROXIMATELY $177,695.11 IN FUNDS CONNECTED TO A TRANSFER TO THE UNITED STATES OF AMERICA FROM BULLIVANT HOUSER BAILEY,<br><br>    Defendants.<br><br>JOHN W. HOLLIS,<br><br>    Claimant. | CIV. S-05-0149-JAM-KJM<br><br>**ORDER PERMITTING COUNSEL TO APPEAR AT HEARING ON MOTION TO WITHDRAW ON APRIL 8, 2009, AT 9:00 A.M. BY TELEPHONE** |

GOOD CAUSE APPEARING THEREFOR;

IT IS HEREBY ORDERED that Janet Sherman, counsel for claimant in this matter, be permitted to appear on the pending Motion to Withdraw, set for April 8, 2009, at 9:00 a.m., by telephonic conference from Santa Monica. Counsel will confer with the Court Clerk to make arrangements for calling in at the appointed time. [If Mr. Hollis' presence required: Mr. Hollis may appear telephonically as well.]

DATED: March 12, 2009

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

**PROOF OF SERVICE**

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California and am over the age of 18 and not a party to the within action. My business address is 2115 Main Street, Santa Monica, California 90405.

On March 11, 2009, I served the foregoing document described as:

**ORDER PERMITTING COUNSEL TO APPEAR AT HEARING ON MOTION TO WITHDRAW ON APRIL 8, 2009, AT 9:00 A.M. BY TELEPHONE**

on claimant in this action by placing a true copy in a sealed envelope addressed as follows:

John W. Hollis
8617 South Sun Bar Ranch Place
Vail, Arizona   85641

I caused such envelope, to be sent in the U.S. Mail with prepaid postage affixed from Santa Monica, California to the above addressee. I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, except as to those matters stated on information and/or belief, and as to those matters, I believe them to be true; and that this Declaration was executed at Santa Monica, California on March 11, 2009.

/s/ Cathy L. Mackerl
CATHY L. MACKERL